# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

December 2, 2025

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
KarasNYSDChambers@nysd.uscourts.gov

RE:   ***United States v. Sadie McKenzie, 25-cr-71 (KMK)***

Dear Judge Karas:

On November 24, 2025, Dennis Hickerson-Breedon entered his appearance as retained counsel for Sadie McKenzie. Accordingly, I respectfully request to be relieved.

Thank you for your consideration.

Granted.

So Ordered.

12/2/25

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Margaret Vasu (by email)
Dennis Hickerson-Breedon, Esq. (by email)

Admitted: NY, CT, DC