**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 29, 2026

**By ECF and Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re:    *United States v. Sadie McKenzie (a/k/a Mariah McKenzie)*, 25 Cr. 71 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter to request a status conference in the above-captioned matter to address the defendant's undated letter, received by the Court on May 29, 2026 and filed on the docket on June 3, 2026, requesting appointment of new CJA counsel.

As the Court is aware, the defendant was charged by indictment in the above-captioned matter on February 25, 2025 and arrested on February 28, 2025. Attorney Jill R. Shellow was appointed to represent the defendant the same day. On November 21, 2025, the Government learned that Dennis Hickerson-Breedon had been retained on the defendant's behalf, and on November 24, Mr. Hickerson-Breedon filed a notice of appearance in this matter.

On June 3, 2026, the above-referenced letter from the defendant was filed, stating that the defendant wished to "follow up regarding . . . [a] previously submitted [letter] requesting the appointment of new CJA counsel[.]" (Dkt. No. 130). On June 8, the Government contacted Mr. Hickerson-Breedon to clarify whether he continued to represent the defendant and requested that he update the Court as to this matter. Counsel responded that day that he would file a letter with the Court. The Government followed up on June 16 and June 22, and defense counsel indicated he would file a letter by Thursday, June 25. The Government again followed up on June 26, but did not receive a response. To date, no letter has been filed, and the status of the defendant's representation is thus unclear at this time.

Accordingly, the Government respectfully requests that the Court schedule a status conference to address the defendant's request for appointment of new counsel. The Government

Page 2

is available before or after the suppression hearing already scheduled in this matter on July 7, 2026, or at another time convenient for the Court. The Government asked Mr. Hickerson-Breedon for consent and availability for a status conference but has not received a response.

The Court will hold a conference on 7/ 15 /26, at 10:00 Mr. Nickerson-Breedon is to attend this conference.

So Ordered.

6/29/26

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Margaret N. Vasu
Justin L. Brooke
Assistant United States Attorneys
(917) 992-6989
(212) 637-2319

cc:    Dennis Hickerson-Breedon, Esq.