UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

United States of America,

-against-

Sadie McKenzie,

Defendant.

-----------------------------------------------------x

ORDER

Docket No. 25 CR 00071 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Howard Tanner, Esq., is to assume representation of the defendant in the above captioned matter as of July 15, 2026. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is 170 Hamilton Avenue, Suite 300, White Plains, New York 10601; phone number (914) 358-5998; Email: htanner@tannerortega.com.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
July 16, 2026